■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MARGRETTA FOXWORTH, Respondent.—Order unanimously affirmed for reasons stated in decision at Erie County Court, LaMendola, J. (Appeal from Order of Erie County Court, LaMendola, J.—Dismiss Indictment.) Present—Denman, P. J., Pine, Lawton, Boehm and Doerr, JJ.